JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SEAN MAURICE ROBINSON, | No. 2:20-cv-10415-MWF-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| PATRICIA BRADLEY, | |
| Respondent. | |

Pursuant to the Order Re Summary Dismissal of Action,

IT IS ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated: December 21, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge